UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-60772-CIV-DIMITROULEAS

THOMAS A. LUKEN, as Assignee for
BUC INTERNATIONAL CORP.,

Magistrate Judge Rosenbaum

Plaintiff,

vs.

INTERNATIONAL YACHT COUNCIL
LIMITED, BARBARA TIERNEY, MLS
 SOLUTIONS, INC., WILLIAM PAZOS,
FLORIDA YACHT BROKERS ASSOCIATION,
INC., and BRADFORD YACHT SALES, INC.,

Defendants.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATIONS

THIS CAUSE is before the Court upon the Plaintiff Thomas Luken's Motion for Award

of Attorneys Fees and Costs [DE 1467], and the Report and Recommendation [DE 1481] of

Magistrate Judge Robin S. Rosenbaum, dated January 14, 2009.  Though no objections were

filed, the Court has conducted a *de novo* review of the entire court record herein, including the

underlying Motion, Response [DE 1472], Reply [DE 1475], the Report and Recommendation

[DE 1481], the parties' affidavits and exhibits, and is otherwise fully advised in the premises.

On April, 2004, the Plaintiff prevailed at jury trial on certain copyright infringement

claims in this case [DE 1125, 1137].  The Plaintiff seeks an award of attorneys' fees.  This Court,

upon the Magistrate Judge's Report and Recommendation, granted attorneys' fees only as to the

reasonable fees associated with opposing the Defendants' untimely request for a "virtual

identicality" standard in the jury instruction and the Defendants' objections to the introduction of

the admission of an expert accountant's damage calculation report (which Defendants had

waived in a joint stipulation), and with opposing the Defendants' appeal regarding those issues.

[DE 1458]. Pursuant to the Order, Plaintiff has submitted a Motion itemizing the fees and costs

associated with these issues. The Magistrate bifurcated the hearing, and the matter of attorney's

fees is not yet ripe.

The Court agrees with the reasoning and analysis of the Magistrate Judge in her

recommendation to grant in part the Plaintiff's Motion.  The Plaintiff may only recover costs for

which he demonstrated were expended necessarily for use in the case.  Those costs include the

court reporting costs that are reimbursable under 28 U.S.C. §1920 and specifically detailed as

being for transcripts, and the cost of copies (but not other office supplies).

Accordingly,  it is **ORDERED AND ADJUDGED** as follows:

1.      The Magistrate Judge's Report and Recommendation [DE 1481] is hereby **ADOPTED**;

2.      Plaintiff's Motion for Award of Costs [DE 1467-2], is hereby **GRANTED, in part, and**

        **DENIED, in part**;

3.      Plaintiff shall recover $2,060.25 in costs from Defendants International Yacht Council,

        Ltd. and MLS Solutions, Inc.

4.      This case shall remain closed.

5.      Plaintiff's Motion for Attorney's Fees [DE-1467-1] remains pending.

        **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this

10th day of March, 2009.


                                        _William P. Dimitrouleas_
                                        WILLIAM P. DIMITROULEAS
                                        United States District Judge

Copies furnished to:

Counsel of record