UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-60772-CIV-DIMITROULEAS

THOMAS A. LUKEN, as Assignee for
BUC INTERNATIONAL CORP.,

      Magistrate Judge Rosenbaum

    Plaintiff,

vs.

INTERNATIONAL YACHT COUNCIL
LIMITED, BARBARA TIERNEY, MLS
SOLUTIONS, INC., WILLIAM PAZOS,
FLORIDA YACHT BROKERS ASSOCIATION,
INC., and BRADFORD YACHT SALES, INC.,

    Defendants.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATIONS

THIS CAUSE is before the Court upon the Plaintiff Thomas Luken's Motion for Attorneys' Fees and Costs ("Motion for Specified Amount of Attorneys' Fees and Costs") [DE 1467], and the Report and Recommendation [DE 1494] of Magistrate Judge Robin S. Rosenbaum, dated March 2, 2009.  Though no objections were filed, the Court has conducted a *de novo* review of the entire court record herein, including the underlying Motion, Response [DE 1472], Reply [DE 1475], the Report and Recommendation [DE 1481], the Plaintiff's Response to the Court's Order of January 13, 2009 [DE 1490], the parties' affidavits and exhibits, and is otherwise fully advised in the premises.

The Court agrees with the reasoning and analysis of the Magistrate Judge in her recommendation to grant in part the Plaintiff's Motion.  The Plaintiff may only recover attorneys' fees that were quantifiable, reasonable, and properly supported.  Plaintiff has provided support to show that he is entitled to $27,935 in attorneys' fees.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation [DE 1494] is hereby **ADOPTED**;

2. Plaintiff's Motion for Award of Attorney Fees and Costs [DE 1467], is hereby **GRANTED, in part, and DENIED, in part**;

3. Plaintiff shall recover $27,935 in attorneys' fees from Defendants International Yacht Council, Ltd. and MLS Solutions, Inc.

4. This case shall remain closed.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 10th day of June, 2009.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record